United States Bankruptcy Court
Southern District of Mississippi

In re: Case No. 25-00179-JAW
Vernon Lee Jones Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-3     User: mssbad     Page 1 of 2
Date Rcvd: Apr 16, 2025     Form ID: n031     Total Noticed: 22

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 18, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Vernon Lee Jones, 3427 Midlawn Ave, Jackson, MS 39213-6416 |
| 5465693 | + | 1st Franklin, 398 Highway 51, Ridgeland, MS 39157-3401 |
| 5465696 | + | Eagle Express Fcu, P O Box 8067, Jackson, MS 39284-8067 |
| 5465697 | + | Eagle Expressfcu, P O Box 8067, Jackson, MS 39284-8067 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5477663 | + | Email/Text: bankruptcy@1ffc.com | Apr 16 2025 19:44:00 | 1st Franklin Financial Corporation, ATTN: Admin Services, PO BOX 880, Toccoa GA 30577-0880 |
| 5465694 | + | Email/Text: BarclaysBankDelaware@tsico.com | Apr 16 2025 19:43:00 | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 5465695 | + | Email/Text: bankruptcy@curo.com | Apr 16 2025 19:44:00 | Covington credit, Attn: Bankruptcy, Po Box 1947, Greenville, SC 29602-1947 |
| 5485274 | | Email/Text: rrush@familychoicefinancial.com | Apr 16 2025 19:43:00 | Family Choice Financial,Inc, 3208 Service Drive Suite E, Pearl, MS 39208 |
| 5480245 | + | Email/Text: bankruptcy@curo.com | Apr 16 2025 19:44:00 | First Heritage, 101 N Main St. Ste 600, Greenville, South Carolina 29601-4846 |
| 5465698 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Apr 16 2025 19:43:23 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 5465699 | + | Email/Text: bankruptcy@flagshipcredit.com | Apr 16 2025 19:43:00 | Flagship Credit, Attn: Bankruptcy, Po Box 965, Chadds Ford, PA 19317-0643 |
| 5488146 | | Email/Text: JCAP_BNC_Notices@jcap.com | Apr 16 2025 19:43:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 5465700 | + | Email/Text: bankruptcy@magfedcu.org | Apr 16 2025 19:44:00 | Magnolia Federal CU, Attn: Bankruptcy, 240 Briarwood Drive, Jackson, MS 39206-3027 |
| 5465701 | + | Email/Text: bankruptcy@marinerfinance.com | Apr 16 2025 19:43:00 | Mariner Finance, LLC, Attn: Bankruptcy, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 5493392 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 16 2025 19:43:27 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 5480933 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Apr 16 2025 19:43:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, PO Box 7999, St. Cloud MN 56302-7999 |
| 5466569 | + | Email/Text: bankruptcy@regionalmanagement.com | Apr 16 2025 19:43:00 | REGIONAL MANAGEMENT CORPORATION, 979 BATESVILLE ROAD STE B, GREER SC 29651-6819 |
| 5465703 | | Email/Text: bankruptcy@republicfinance.com | Apr 16 2025 19:44:00 | Republic Finance, Attn: Bankruptcy Dept, 7031 Commerce Cir, Baton Rough, LA 70809 |
| 5493720 | | Email/Text: bankruptcy@republicfinance.com | | |

| District/off: 0538-3 | User: mssbad | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Apr 16, 2025 | Form ID: n031 | Total Noticed: 22 |

| | | | Apr 16 2025 19:44:00 | Republic Finance, LLC, 282 Tower Road, Ponchatoula, LA 70454 |
|---|---|---|---|---|
| 5465702 | + | Email/Text: bankruptcy@regionalmanagement.com | Apr 16 2025 19:43:00 | Regional Finance, Attn: Bankruptcy, 979 Batesville R, Ste B, Greer, SC 29651-6819 |
| 5465704 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 16 2025 19:43:19 | Synchrony Bank, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5490552 | + | Email/Text: bankruptcy@towerloan.com | Apr 16 2025 19:43:00 | Tower Loan of Mississippi, LLC, P.O. Box 320001, Flowood, MS 39232-0001 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 18, 2025      Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 16, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Harold J. Barkley, Jr. | HJB@HBarkley13.com  hbarkley13@ecf.epiqsystems.com;trusteeMSSB2M@ecf.epiqsystems.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Vernon Lee Jones trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 3

Form n031−ntcplancnf (9/30/2020)

# UNITED STATES BANKRUPTCY COURT
## Southern District of Mississippi

Case No.: 25−00179−JAW
Chapter: 13

**In re:**

Vernon Lee Jones
aka Vernon Jones
3427 Midlawn Ave
Jackson, MS 39213

---

Notice of Entry of Order Confirming Plan

The Court entered an Order on 04/16/2025 (Dkt. # 30 ) confirming the Debtor's Chapter 13 Plan.

The confirmation order is available for download from the court's CM/ECF system via PACER and for inspection/copying at the following locations:

Jackson Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Thad Cochran U.S. Courthouse
501 East Court Street, Suite 2.300
Jackson, MS 39201
601−608−4600

Gulfport Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501
228−563−1790

Dated: April 16, 2025          Danny L. Miller, Clerk of Court