# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

    VERNON LEE JONES,                            CASE NO. 25-00179-JAW

    DEBTOR.                                           CHAPTER 13

To:    Jefferson Capital Systems, LLC
        PO Box 7999
        St. Cloud, MN 56302-9617

## Notice

In the above-referenced case, *Regional Management Corporation* filed Proof of Claim # 1 on January 25, 2025.

Therefore, the Transfer of Claim Other Than for Security (the "Claim Transfer") [Dkt. #33] filed by *Jefferson Capital Systems, LLC* (the "Transferee") on May 8, 2025, is deficient as it lists *Regional Finance Company of Flowood* as the current claim owner (Transferor).

The Transferee should file an amended transfer of claim listing *Regional Management Corporation* as the Transferor or file a Notice withdrawing the Claim Transfer to cure this deficiency.

Failure to cure this deficiency on or before **May 23, 2025**, may result in a Show Cause Hearing or a court order striking the Claim Transfer without further notice.

Dated: May 9, 2025                                                Danny L. Miller, Clerk of Court
                                                                                Thad Cochran U.S. Courthouse
                                                                                501 E. Court Street, Suite 2.300
                                                                                Jackson, MS 39201
                                                                                601-608-4600

cc:    Regional Management Corporation
        979 Batesville Road, Suite B
        Greer, SC 29651