___



SO ORDERED,

Judge Jamie A. Wilson
United States Bankruptcy Judge
Date Signed: October 10, 2025

The Order of the Court is set forth below. The docket reflects the date entered.
___

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:　　　　　　　　　　　　　　　　　　　　CASE NO.: 25-00179-JAW
VERNON LEE JONES

3427 MIDLAWN AVE
JACKSON, MS 39213

***** AMENDED *****
<u>ORDER UPON DEBTOR DIRECTING PAYMENTS TO TRUSTEE</u>

　　**IT APPEARING TO THE COURT** that there is now pending a certain Chapter 13 Proceeding in which the above-named **DEBTOR** subjected his earnings to the jurisdiction of the Court; the **DEBTOR's** principal income is from wages, salary, or commissions; and that the **DEBTOR** is <u>**paying personally**</u> and is subject to such orders as may be requisite to effectuate the provisions of the plan proposed by the **DEBTOR.**

　　**IT IS FURTHER APPEARING THAT** it is requisite to effectuate the provisions of the **DEBTOR's** plan; that the **DEBTOR** is directed to pay a portion of the **DEBTOR's** earnings to the Court for distribution to creditors.

　　**IT IS ORDERED THAT** until further notice of this Court, the above-named **DEBTOR** is required to pay from the **DEBTOR's** earnings and pay over to:

　　　　　　　　　　Harold J. Barkley, Jr.
　　　　　　　　　　Chapter 13 Trustee
　　　　　　　　　　P.O. Box 321454
　　　　　　　　　　Flowood, MS 39232

the sum of $393.50 MONTHLY .

##END OF ORDER##