UNITED STATES BANKRUPTCY COURT
FOR SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

Vernon Jones  CHAPTER: 13
3427 Midlawn ST  CASE NUMBER: 25-00179
Jackson, MS 39213  CLAIM AMOUNT: $9211.01
  DOCKET NUMBER: 52

Debtors.
_____

### NOTICE OF WITHDRAWAL OF TRANSFER OF CLAIM

COMES NOW, Jefferson Capital Systems LLC, and pursuant to Rule 3006, F.R.Bkcy.P., hereby withdraws its Transfer of Claim, filed 10/31/2025 in the amount of $9211.01.

Jefferson Capital Systems LLC hereby releases and discharges the Chapter 13 Trustee from any further liability for said Transfer of Claim, and specifically requests the Chapter 13 Trustee to discontinue any and all disbursements in connection with said Transfer of Claim.

This 26th day of November, 2025.

Jefferson Capital Systems LLC

By: /s/ Rhonda Pratt_____
Rhonda Pratt   Bankruptcy Specialist

Jefferson Capital Systems, LLC
200 14th Avenue E
Sartell, MN 56377
(800) 928-7314

**CERTIFICATE OF SERVICE**

I do hereby certify that I served a copy of the NOTICE OF WITHDRAWAL OF

TRANSFER OF CLAIM filed in the Bankruptcy case on:

    Debtor:                         Vernon Jones
                                        3427 Midlawn ST
                                        Jackson, MS 39213

    Debtor's Attorney:          Thomas Carl Rollins, Jr
                                        PO BOX 13767
                                        Jackson, MS 39236

    Chapter 13 Trustee:        Harold J. Barkley Jr.
                                        12 Lakeland Circle Suite B
                                        Jackson, MS 39216

by submitting electronically with the court.

    This 26th day of November, 2025.


                                          Jefferson Capital Systems LLC

                                          By: /s/ Rhonda Pratt
                                          Rhonda Pratt   Bankruptcy Specialist

                                          Jefferson Capital Systems, LLC
                                          200 14th Avenue E
                                          Sartell, MN 56377
                                          (800) 928-7314